IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA DUZIK, et al., | ) | 8:03CV280 |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| ANTHONY KERKHOVE, | ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiffs' Notice and Request for Extension of Time to Report Regarding Mediation (Filing No. 36). The plaintiffs state the mediation has been continued until June 15, 2005. Further, the plaintiffs seek additional time to report to the Court regarding the outcome of mediation. Upon consideration, the motion will be granted as set forth below.

**IT IS ORDERED:**

1. The plaintiffs' Notice and Request for Extension of Time to Report Regarding Mediation (Filing No. 36) is granted.

2. **On or before June 23, 2005**, the plaintiff's counsel shall file a report on the status of the mediation and whether the case has been settled. Failure to so notify the court of the completion of the mediation, with or without settlement, may result in the dismissal of this case without further notice pursuant to F. R. Civ. P. 41(b).

DATED this 4th day of May, 2005

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge