# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA DUZIK, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:03CV280 |
| vs. | ) | |
| | ) | ORDER |
| ANTHONY KERKHOVE | ) | |
| | ) | |
| Defendant. | ) | |

Upon the oral request of counsel for the defendant and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for November 29, 2005, at 10:30 a.m. is hereby **rescheduled back to November 22, 2005, at 9:00 a.m.**

DATED this 4th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge