IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BARBARA DUZIK, et al.,** | ) | **8:03CV280** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTHONY KERKHOVE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's oral motion to continue trial. The court held a telephone conference with counsel for the parties on November 28, 2005, regarding the motion. Counsel for the plaintiffs objected to the continuance. However, the objection is overruled. For good cause shown, the motion to continue trial is granted. Upon consideration,

**IT IS ORDERED:**

1. The defendant's oral motion to continue trial is granted.

2. Trial briefs and Proposed Jury Instructions shall be filed **January 25, 2006**, along with a notebook containing copies of the trial exhibits to be delivered to the trial judge.

3. Trial is rescheduled to commence **at 1:00 p.m. on February 6, 2006**, in Omaha, Nebraska, before the undersigned magistrate judge and a jury.

DATED this 29th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge