**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **BARBARA DUZIK, et al.,** | ) | **8:03CV280** |
| **Plaintiffs,** | ) | |
| vs. | ) | ORDER |
| **ANTHONY KERKHOVE,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiffs' Request for Allowance to Take Trial Deposition of Curtiss Jones (Filing No. 82). The defendant initially filed an objection (Filing No. 83) to the plaintiffs' motion. Since that time, counsel for the defendant has notified the court the defendant does not oppose taking the trial deposition. Further, it appears the deposition was taken on February 2, 2006. **See** Filing No. 82. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Request for Allowance to Take Trial Deposition of Curtiss Jones (Filing No. 82) is granted.

2. The defendant's objection (Filing No. 83) is overruled.

DATED this 6th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge